■ In the Matter of STEVEN KOBRICK et al., Respondents, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Respondent, and SHERWOOD 34 ASSOCIATES, Intervenor-Appellant. [961 NYS2d 779]—

Order and judgment (one paper), Supreme Court, New York County (Alexander W. Hunter, Jr., J.), entered August 23, 2012, which, to the extent appealed from, denied intervenor respon-

dent's motion to dismiss the petition for failure to join a necessary party, or to transfer the proceeding to another Justice of the Supreme Court, unanimously affirmed, without costs.

Intervenor respondent is not a necessary party to this CPLR article 78 proceeding, because the proceeding will not determine whether its building is subject to rent regulation or otherwise establish the parties' rights; the best possible result favorable to petitioners is a remand to respondent Division of Housing and Community Renewal for an administrative hearing, at which intervenor respondent will have the opportunity to appear and be heard (*see Matter of Whitney Museum of Am. Art [New York State Div. of Hous. & Community Renewal]*, 139 AD2d 444, 446-447 [1st Dept 1988], *affd for reasons stated* 73 NY2d 938 [1989]; *see also Matter of Notre Dame Leasing Ltd. Partnership v Division of Hous. & Community Renewal*, 22 AD3d 667, 670 [2d Dept 2005]).

There is no showing in the record that Supreme Court improperly refused to transfer this matter to the Justice who handled a prior related article 78 proceeding. Concur—Tom, J.P., Andrias, Abdus-Salaam and Gische, JJ.